**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 99-60067

LOEWEN LOUISIANA HOLDINGS, INC.,
CENTRAL SERVICES DIVISION,

Petitioner-Cross Respondent,

v.

NATIONAL LABOR RELATIONS BOARD,

Respondent-Cross Petitioner.

Petition for Review and Cross-Petition for Enforcement
of an the National Labor Relations Board
(15-CA-15069)

December 13, 1999

Before JONES, BARKSDALE and DENNIS, Circuit Judges.

PER CURIAM:[*]

The court has considered this appeal in light of the briefs, oral argument and pertinent portions of the record.

Having done so, we conclude that there is substantial evidence to support the NLRB's determination that the petitioner's supervisors are not within the purview of § 2(11) of the National Labor Relations Act, and they were therefore properly included in the bargaining unit. The NLRB's order is **AFFIRMED**, and the bargaining order may be **ENFORCED**.

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1